UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                                   **P-SEND**

| Case No. | CV 08-8487 CAS (SHx) | Date | January 14, 2009 |
|---|---|---|---|
| Title | *SAMUEL ARRIOLA, SR. V. SMITHKLINE BEECHAM CORPORATION* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - OSC WHY THIS COURT SHOULD NOT STRIKE ANY AND ALL PLEADINGS FILED BY COUNSEL FOR FAILURE TO SUBMIT AN APPLICATION FOR ADMISSION AND FEE.

**IT IS HEREBY ORDERED** that **Plaintiff's attorneys, Catherine T. Heacox, Richard D. Meadow and W. Mark Lanier,** show cause in writing not later than **January 30, 2009** why they have failed to file Applications for Admission and fees, or proofs of admission in this action and why this Court should not strike any and all pleadings filed by these attorneys.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff's counsel are advised that the Court will consider the following:

**1)** *Application for Admission* **with the fee payment, or proof of admission for each of the attorney Catherine T. Heacox, Richard D. Meadow and W. Mark Lanier**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | KPA |